11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

In re Charles Thomas Allen

No. 11-03-00287-CR B Original Habeas Corpus Proceeding

 

Charles Thomas Allen has filed in this court
a pro se request for copies of two opinions issued by this court.  Copies of these opinions have been furnished
to Allen.  

Allen also appears to be seeking post-felony
conviction habeas corpus relief.  This
court lacks jurisdiction to entertain post-felony conviction writs of habeas
corpus.  TEX. CODE CRIM. PRO. ANN. art.
11.07 (Vernon Supp. 2003).  The request
is denied.

 

PER CURIAM

 

October 16, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.